# In the United States Court of Federal Claims

**No. 01-551C**

**(Filed February 22, 2005)**

* * * * * * * * * * * * * * * * * * * * * * * *

**PSEG NUCLEAR, L.L.C.** and **PUBLIC SERVICE ELECTRIC AND GAS COMPANY,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Plaintiff electronically filed a Motion For Reconsideration on February 10, 2005, of the Opinion and Order entered by Judge Sypolt in this action on January 31, 2005. On the same date, however, plaintiff, along with the other plaintiffs, filed a joint petition for permission to appeal pursuant to 28 U.S.C. §§ 1292(c)(1) and (d)(2). The appellate docket number is 05-M786.

Considering the above, a telephonic conference will be held on Monday, March 7, 2005, at 2:00 P.M. EST to discuss jurisdictional issues. The court will initiate the call.

IT IS SO ORDERED.

s/Bohdan A. Futey
**BOHDAN A. FUTEY**
**Judge**