# In the United States Court of Federal Claims

**No. 01-551C**

**(Filed March 8, 2005)**

* * * * * * * * * * * * * * * * * * * * * * * *
*
**PSEG NUCLEAR, L.L.C.** and **PUBLIC SERVICE ELECTRIC AND GAS COMPANY,** *

**Plaintiff,** *

**v.** *

**THE UNITED STATES,** *

**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the telephonic conference held on March 7, 2005, and considering that plaintiff has electronically filed a Motion For Reconsideration of the Opinion and Order entered by Judge Sypolt on January 31, 2005, the following is hereby ordered:

Defendant shall respond to plaintiff's motion for reconsideration by Wednesday, March 23, 2005.

IT IS SO ORDERED.

s/Bohdan A. Futey
**BOHDAN A. FUTEY**
**Judge**