**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on March 31, 2005)

| | | |
|---|---|---|
| **PSEG NUCLEAR, L.L.C.** and **PUBLIC SERVICE ELECTRIC AND GAS COMPANY**, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 01-551C |
| | ) | (Judge Futey) |
| **THE UNITED STATES**, | ) | |
| Defendant. | ) | |

**NOTICE OF FEDERAL CIRCUIT ORDER REGARDING**
**PLAINTIFFS' PETITION FOR PERMISSION TO APPEAL**

Plaintiffs PSEG Nuclear, L.L.C. and Public Service Electric and Gas Company (together, "PSEG"), by and through their undersigned counsel, respectfully file this Notice to inform the Court of the Federal Circuit's March 25, 2005 Order ("Federal Circuit Order") on PSEG's petition – which was filed jointly with three other plaintiffs in the spent nuclear fuel cases – for permission to appeal the January 31, 2005 Opinion and Order (Sypolt, J.) in this case concluding that this Court lacked subject matter jurisdiction over PSEG's breach-of-contract action and dismissing the action.

The Federal Circuit Order (a copy of which is attached electronically to this Notice at Tab A) states that, in light of PSEG's and the other pending motions for reconsideration that are currently before this Court, the "better course" of action is holding the petition for permission to appeal "in abeyance pending resolution of the petitioners' motions for reconsideration by the Court of Federal Claims" rather than granting or denying the petition at this time.

In light of the Federal Circuit Order, PSEG respectfully awaits further direction from this Court concerning resolution of PSEG's motion for reconsideration.

Dated: March 31, 2005

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Jack Y. Chu
Alex D. Tomaszczuk
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, Virginia 22102
(703) 770-7940
(703) 770-7901 (fax)
Counsel of Record for Plaintiffs
PSEG Nuclear, L.L.C. and
Public Service Electric and Gas Company

Of Counsel:

Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)

NOTE: Pursuant to Fed. Cir. R. 47.6, this order
is not citable as precedent. It is a public order.

# United States Court of Appeals for the Federal Circuit

MISCELLANEOUS DOCKET NO. 786

FLORIDA POWER AND LIGHT COMPAY,
NEBRASKA PUBLIC POWER DISTRICT, PSEG NUCLEAR, L.L.C.,
and PUBLIC SERVICE ELECTRIC AND GAS COMPANY

Plaintiffs-Petitioners,

v.

UNITED STATES,

Defendant-Respondent.

ON PETITION FOR PERMISSION TO APPEAL

Before MAYER, Circuit Judge.

ORDER

Florida Power and Light Company et al. submit a petition for permission to appeal the order certified by the Court of Federal Claims as one involving a controlling question of law as to which there is substantial ground for difference of opinion and for which an immediate appeal may materially advance the ultimate termination of the litigation. 28 U.S.C. § 1292(d)(2). The United States responds in support of Florida Power's petition. Duke Power, a division of Duke Energy Corp., moves without opposition to have its name removed as a petitioner from the petition for permission to appeal.

The day after issuing the certified order from which the petitioners seek to appeal, the authoring Court of Federal Claims judge retired. The petitioners sought reconsideration of the certified order and their cases were assigned to four different

judges. Duke informs the court that its motion for reconsideration was granted by one of those judges and the certified order was vacated as it pertains to Duke. The remaining petitioners' motions for reconsideration remain pending before three other Court of Federal Claims judges.

Under these circumstances, we deem the better course is to hold the petition for permission to appeal in abeyance pending resolution of the petitioners' motions for reconsideration by the Court of Federal Claims.

Accordingly,

IT IS ORDERED THAT:

(1) The petition for permission to appeal is held in abeyance. The petitioners are directed to inform the court within 14 days of the resolution of the motions for reconsideration pending before the Court of Federal Claims.

(2) Duke's motion is granted. The revised official caption is reflected above.

MAR 25 2005

Date

Haldane Robert Mayer
Circuit Judge

cc: Alexander D. Tomaszczuk, Esq.
Harold D. Lester, Jr., Esq.

s16

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
MAR 25 2005
JAN HORBALY
CLERK