**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on May 20, 2005)

| | |
|---|---|
| **PSEG NUCLEAR, L.L.C.** and **PUBLIC SERVICE ELECTRIC AND GAS COMPANY**,<br><br>Plaintiffs,<br><br>v.<br><br>**THE UNITED STATES**,<br><br>Defendant. | No. 01-551C<br>(Senior Judge Futey) |

**JOINT STATUS REPORT**

Pursuant to this Court's April 22, 2005 Opinion and Order, Plaintiffs and Defendant respectfully submit this joint status report. The Court requested that the parties file this status report "concerning further proceedings." Plaintiffs and Defendant provide their responses to the Court below.

**PLAINTIFF'S RESPONSE**

In light of this Court's decision denying Plaintiffs' motion for reconsideration, on May 3, 2005 the Plaintiffs filed papers requesting that the U.S. Court of Appeals for the Federal Circuit ("Federal Circuit") act upon and grant Plaintiffs' petition for permission to appeal the jurisdictional decision rendered in this case. Accordingly, the Plaintiffs request that this case remain stayed pending the Federal Circuit's resolution of the jurisdictional issue. *See Florida Power & Light Co. v. United States*, 64 Fed. Cl. 37, 44 (2005) ("Plaintiffs' remaining claims are STAYED pending resolution of the jurisdictional issues raised in this opinion on appeal.").

Plaintiffs object to moving forward with this case. Contrary to the Government's assertion below, the rulings of Judge Sypolt and this Court only dismissed Plaintiffs' breach of contract claim. *See Florida Power*, 64 Fed. Cl. at 44 (referring to the utilities' "breach of

contract" claims); *see also PSEG Nuclear, L.L.C. v. United States*, No. 01-551C, slip op. at 15 (Fed. Cl. Apr. 22, 2005) (denying the motion for reconsideration of Plaintiffs' "breach of contract claim"). Plaintiffs' takings and breach of the implied covenant of good faith and fair dealing claims remain before this Court. In the interest of efficiency and avoiding piecemeal litigation of the issues, this Court should await the Federal Circuit's resolution of the jurisdictional issue prior to resolving any pending motions before this Court, including the motion to dismiss the takings claim.

Therefore, for the reasons stated above, the Plaintiffs respectfully request that this Court continue the stay until 30 days after the Federal Circuit's resolution of the jurisdictional issue, at which time the parties will file a joint status report proposing further proceedings for this case.

**DEFENDANT'S RESPONSE**

Defendant does not object to plaintiffs' request for a continued stay. However, the Government notes that, as a result of this Court's recent jurisdictional decision, only plaintiffs' takings claim remains to be decided by the Court. The Government's motion to dismiss plaintiffs' takings claim for failure to state a claim remains pending, and has been fully briefed. Should the Court determine that resolution of the Government's motion is the proper course of action, defendant does not object. Although plaintiffs have asserted that their implied duty of good faith and fair dealing claim remains pending before this Court, that implied duty is dependent upon the existence of a contract, and therefore is subject to the same jurisdictional prerequisites as those discussed in Judge Sypolt's January 31, 2005 order.

Dated: May 20, 2005

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Daniel S. Herzfeld
Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, Virginia 22102-4859
(703) 770-7940
(703) 770-7901 (fax)
Counsel of Record for Plaintiffs
PSEG Nuclear, L.L.C. and
Public Service Electric and Gas Company

Of Counsel:

Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000
(202) 663-8007 (fax)

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen by s/ Daniel S. Herzfeld
DAVID M. COHEN
Director

s/ Harold D. Lester, Jr. by s/ Daniel S. Herzfeld
HAROLD D. LESTER, JR.
Assistant Director

s/ Heide L. Herrmann by s/ Daniel S. Herzfeld
HEIDE L. HERRMANN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:
JANE K. TAYLOR
MARTHA S. CROSLAND
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

Document #: 1324012 v.1