# In the United States Court of Federal Claims

**No. 01-551C**

**(Filed June 1, 2005)**

* * * * * * * * * * * * * * * * * * * * * * * *

**PSEG NUCLEAR, L.L.C.** and **PUBLIC SERVICE ELECTRIC AND GAS COMPANY,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the Joint Status Report filed May 20, 2005, the proceedings are hereby STAYED until 30 days after the Federal Circuit's resolution of the jurisdictional issue, at which time the parties shall file a Joint Status Report proposing further proceedings in this case.

IT IS SO ORDERED.

s/Bohdan A. Futey

**BOHDAN A. FUTEY**
**Judge**