ORIGINAL

Rec'd 8/9/2005

# United States Court of Appeals for the Federal Circuit

FILED
AUG 4 2005
U.S. COURT OF
FEDERAL CLAIMS

August 4, 2005

Title: PSEG NUCLEAR V US
Case Number: 05-M786

TO: UNITED STATES COURT OF FEDERAL CLAIMS
CASE NO. 98-CV-483 and 01-CV-551

Dear Clerk:

This is to inform you that the Petition for Permission to Appeal has been granted in the above-entitled case.

Please transmit the following to this court: (a) a certified copy of the docket entries, (b) the Appeal Information Sheet, and (c) proof of payment of filing fee.

Thank you for your cooperation.

Very truly yours,

Jan Horbaly
Clerk

Enclosure

cc: ALEX D. TOMASZCZUK
HAROLD D. LESTER, JR.