# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

O5-5162 - PSEG NUCLEAR V US

**Date of docketing:** 08/15/05

**Appeal from:** United States Court of Federal Claims case no. 01-CV-551

**Appellant(s):** PSEG NUCLEAR, L.L.C. and PUBLIC SERVICE ELECTRIC AND GAS COMPANY

**Critical dates include:**

Date of docketing. See Fed. Cir. R. 12.
Entry of appearance. See Fed. Cir. R. 47.3.
Certificate of interest. See Fed. Cir. R. 47.4.
Docketing Statement. (Due within 14 days of the date of docketing.) See the en banc order dated August 1, 2005. [Counsel can download a copy of the order at www.fedcir.gov.]
Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the GUIDE FOR PRO SE PETITIONERS AND APPELLANTS.

**Attachments:**

Official caption to all.
Docketing Statement. (Only in cases where all parties are represented by counsel.)
Rules of Practice to pro se parties. [Counsel can download the rules from www.fedcir.gov or call 202.633.6550.]
Entry of appearance form to all.
Informal brief form to pro se parties.
Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.

Jan Horbaly
Clerk

cc: √ US Court of Federal Claims
Alexander D. Tomaszczuk
Heide L. Herrmann

# 05-5162

## In the United States Court of Federal Claims
## Appeal Information Sheet

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 15 2005

JAN HORBALY
CLERK

RECEIVED
2005 AUG 12 PM 4:55
US COURT OF APPEALS
FEDERAL CIRCUIT

Senior Judge Bohdan A. Futey

Type of Case: 536 Spent Nuclear Fuel

PSEG NUCLEAR, L.L.C.,
PUBLIC SERVICE ELECTRIC
AND GAS COMPANY,
Plaintiff

v.

United States of America,
Defendant

---

SOUTHERN NUCLEAR
OPERATING COMPANY, INC.,
Amicus

ALABAMA POWER COMPANY,
Amicus

GEORGIA POWER COMPANY
Amicus

Cross or Related Appeal: No.

CFC Number: 01-551 C

Interlocutory Appeal Filed by: Plaintiffs.

Date of Judgment:

Date of Interlocutory Appeal: August 12, 2005.

Fee: $255.00.

**See docket sheet for information on Counsel for the parties.**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

05-5162

PSEG NUCLEAR, L.L.C.,
and PUBLIC SERVICE ELECTRIC AND GAS COMPANY,

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 01-CV-551,
Senior Judge Bohdan A. Futey.

Authorized Abbreviated Caption[2]

PSEG NUCLEAR v US, 05-5162

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).

[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.