# In the United States Court of Federal Claims

**No. 01-551C**

**(Filed November 28, 2006)**

* * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| | * |
| **PSEG NUCLEAR, L.L.C.** and | * |
| **PUBLIC SERVICE ELECTRIC AND** | * |
| **GAS COMPANY,** | * |
| | * |
| **Plaintiffs,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |

* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

This case was reversed and remanded by the United States Court of Appeals for the Federal Circuit on September 29, 2006. On November 20, 2006, the Federal Circuit issued its Mandate. Therefore, a telephonic conference shall be held on Thursday, December 14, 2006, at 2:30 p.m. concerning further proceedings in this case. The court will initiate the call.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**