# In the United States Court of Federal Claims

**No. 01-551C**

**(Filed December 14, 2006)**

* * * * * * * * * * * * * * * * * * * * * * *

**PSEG NUCLEAR, L.L.C.** and
**PUBLIC SERVICE ELECTRIC AND GAS COMPANY,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the telephonic conference held on this date, the following is hereby ordered:

1. Defendant may file a motion to consolidate the present case with *Atlantic City Electric Company v. USA,* Docket No. 04-cv-00036 and *Delmarva Power and Light Company v. USA,* Docket No. 04-cv-00034, by Friday December 22, 2006.

2. In addition, defendant shall propose a schedule of further proceedings concerning liability in this case by Friday, December 22, 2006.

3. Plaintiffs shall file their responses to defendant's motion to consolidate and proposed schedule of further proceedings by Wednesday, January 3, 2007.

4. Defendant may file its reply brief by Wednesday, January 10, 2007.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**