IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PSEG NUCLEAR L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 01-551C |
| | ) | (Senior Judge Futey) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests that the Court enlarge the time for defendant to file its motion for consolidation and proposed schedule for proceedings regarding liability by 14 days, to and including January 5, 2007, and corresponding enlargements for the plaintiff's response to that filing (to and including January 17, 2007) and defendant's reply (to and including January 24, 2007). Pursuant to this Court's order dated December 14, 2006, the Government's motion and proposed schedule is due to be filed on December 22, 2006; plaintiff's response is due January 3, 2007; and defendant's reply is due January 10, 2007. Defendant has not previously requested an enlargement of time for this purpose. Counsel for defendant left a voicemail message for counsel for plaintiff regarding this motion earlier today, but counsel for plaintiff has not yet responded.

Although the parties agreed upon the proposed scheduled during the parties' status conference with the Court on Thursday, December 14, 2006, the attorney within the Department of Justice responsible for this issue subsequently was out of the office for several days because of illness. As a result, he has not been able to devote sufficient attention to this issue to complete both this motion and other briefing in other spent nuclear fuel cases that is also due. In addition, that attorney is scheduled to be out of the office during the week following the Christmas

holiday. Accordingly, to allow that attorney to return to the office and complete the briefing that we are to file, we respectfully request that the Court modify the previously agreed schedule.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Andrew Averbach by Harold D. Lester, Jr.
ANDREW AVERBACH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 353-0527
Fax: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

December 22, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 22nd day of December, 2006, a copy of foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Harold D. Lester, Jr.