# In the United States Court of Federal Claims

**No. 01-551C**

**(Filed December 27, 2006)**

* * * * * * * * * * * * * * * * * * * * * * *

**PSEG NUCLEAR, L.L.C.** and **PUBLIC SERVICE ELECTRIC AND GAS COMPANY,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Defendant's Motion For An Enlargement Of Time, filed on December 22, 2006 is ALLOWED. The following is hereby ordered:

1. Defendant may file a motion to consolidate the present case with *Atlantic City Electric Company v. USA,* Docket No. 04-cv-00036 and *Delmarva Power and Light Company v. USA,* Docket No. 04-cv-00034, by Friday January 5, 2007.

2. In addition, defendant shall propose a schedule of further proceedings concerning liability in this case by Friday, January 5, 2007.

3. Plaintiffs shall file their responses to defendant's motion to consolidate and proposed schedule of further proceedings by Wednesday, January 17, 2007.

4. Defendant may file its reply brief by Wednesday, January 24, 2007.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**