**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on January 17, 2007)

**PSEG NUCLEAR, L.L.C.** and **PUBLIC SERVICE ELECTRIC AND GAS COMPANY**,

Plaintiffs,

v.

**THE UNITED STATES**,

Defendant.

No. 01-551C
(Senior Judge Futey)

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to RCFC 6 & 6.1, Plaintiffs PSEG Nuclear, L.L.C. and Public Service Electric and Gas Company (together "PSEG") move for an enlargement of time of 14 days from January 17, 2007 through January 31, 2007 to file a response to Defendant United States' ("Government's") January 5, 2007 motion to consolidate. This is PSEG's first request for an enlargement. PSEG has consulted with the Government's counsel – Mr. Andrew Averbach – and he has represented that the Government does not oppose this motion.[1]

Counsel for PSEG needs this additional time primarily due to the press of other business, including an on-going trial. During the past twelve days since PSEG received the Government's motion to consolidate, counsel for PSEG prepared for and is currently in the second half of a trial before Judge Braden in *System Fuels, Inc. v. United States*, No. 03-2624C, which began January 16, 2007 and is scheduled to end on January 19, 2007. Furthermore, on January 11, 2007, counsel for PSEG participated in an oral argument on discovery issues in the partially-

[1] The Government requested that PSEG inform the Court that the parties in *Delmarva Power & Light Co. v. United States*, Nos. 04-34 & 04-36 (C. Miller, J.) have submitted a motion to stay the discovery schedule in that case pending the resolution of a motion to consolidate *Delmarva* with the instant case.

consolidated cases of *Boston Edison Co. v. United States*, No. 99-447C (Lettow, J.) and *Entergy Nuclear Generation Co. v. United States*, No. 03-2626C (Lettow, J.). On the same day, counsel for PSEG also participated in an oral argument in *Dismas Charities, Inc. v. United States*, No. 06-825C (Margolis, S.J.). Additionally, counsel for PSEG are working on a post-trial brief in *Northern States Power Co. v. United States*, No. 98-484C (Wiese, S.J.), due on February 2, 2007 and pre-trial objections to the Government's exhibits due on January 19, 2007 in the upcoming trial in *System Fuels, Inc. v. United States*, No. 03-2623C (Lettow, J.).

For the foregoing reasons and for good cause, PSEG respectfully requests an enlargement of time of 14 days from January 17, 2007 through January 31, 2007 to file a response to the Government's January 5, 2007 motion to consolidate.

Dated: January 17, 2007

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Daniel S. Herzfeld
Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, Virginia 22102-4859
(703) 770-7940
(703) 770-7901 (fax)
Counsel of Record for Plaintiffs
PSEG Nuclear, L.L.C. and
Public Service Electric and Gas Company

Of Counsel:

Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000
(202) 663-8007 (fax)