# In the United States Court of Federal Claims

**No. 01-551C**

**(Filed January 18, 2007)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * | |
| | * |
| **PSEG NUCLEAR, L.L.C.** and | * |
| **PUBLIC SERVICE ELECTRIC AND** | * |
| **GAS COMPANY,** | * |
| | * |
| **Plaintiffs,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * * * * * * * | |

**ORDER**

Plaintiffs' Motion For Enlargement Of Time, filed on January 17, 2007, is ALLOWED. Plaintiffs shall file their responses to defendant's motion to consolidate and proposed schedule of further proceedings by Wednesday, January 31, 2007. Defendant may file its reply brief by Wednesday, February 7, 2007.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**