**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on January 31, 2007)

| | |
|---|---|
| **PSEG NUCLEAR L.L.C.** and **PUBLIC SERVICE ELECTRIC AND GAS COMPANY**, Plaintiffs, | |
| v. | No. 01-551C (Judge Futey) |
| **THE UNITED STATES,** Defendant. | |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO**
**FILE DOCUMENTS UNDER SEAL ELECTRONICALLY**

Pursuant to this Court's General Order 42A, Plaintiffs PSEG Nuclear, L.L.C. and Public Service Electric and Gas Company (collectively "PSEG"), by and through the undersigned counsel, respectfully request leave from the Court to file documents under seal electronically in this case. PSEG has prepared a motion in response to Defendant's (the "Government") January 5, 2007 "Motion To Consolidate Or, In The Alternative, For Issuance Of A Summons Pursuant To RCFC 14(a) And Notice Pursuant To RCFC 14(b)." This motion will contain information and attach excerpts from documents that have been designated by PSEG as Confidential Material pursuant to the protective order governing this case.[1] Because this case has been designated as an electronic filing case, Paragraph 7 of General Order 42A states that leave of the Court is

[1] By Order dated March 5, 2002, this case was "declared to be subject to the coordinated discovery proceedings" for the spent nuclear fuel damages cases in this Court. Although a protective order had been in place for the coordinated discovery proceedings at that time, an amended protective order was entered on May 9, 2002 (by Judge Sypolt, the presiding judge over coordinated discovery). Thus, PSEG understands that the "Agreement And Protective Order" attached to the Government's May 8, 2002 "Motion For Entry Of Amended Agreement And Protective Order, And Motion For Expedited Consideration" in the coordinated discovery proceedings operates as the protective order in this case.

required for PSEG to file documents under seal electronically prior to any such filing. One of the undersigned counsel for PSEG (Daniel S. Herzfeld) has spoken to counsel for the Government, Mr. Andrew P. Averbach, who has represented that the Government does not oppose the instant motion for leave.

Thus, for the foregoing reasons, PSEG respectfully requests that the Court enter an order allowing PSEG to file documents electronically under seal in this case.

Dated: January 31, 2007

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Jack Y. Chu
Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, Virginia 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiffs
PSEG Nuclear, L.L.C. and
Public Service Electric and Gas Company

Of Counsel:
Jay E. Silberg
Scott E. Pickens
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000
(202) 663-8007 (fax)