# In the United States Court of Federal Claims

**No. 01-551C**

**(Filed January 31, 2007)**

* * * * * * * * * * * * * * * * * * * * * * *

**PSEG NUCLEAR, L.L.C.** and
**PUBLIC SERVICE ELECTRIC AND GAS COMPANY,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Plaintiffs' Unopposed Motion For Leave To File Documents Under Seal Electronically, filed on January 31, 2007, is hereby ALLOWED. Plaintiffs shall file their responses to defendant's motion to consolidate under seal.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**