IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PSEG NUCLEAR L.L.C. and PUBLIC SERVICE ELECTRIC AND GAS COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 01-551C (Judge Futey) |
| THE UNITED STATES, | ) | |
| Defendant, | ) | |

DEFENDANT'S MOTION FOR LEAVE TO FILE A COPY OF "PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO CONSOLIDATE OR, IN THE ALTERNATIVE, FOR ISSUANCE OF A SUMMONS PURSUANT TO RCFC 14(a) AND NOTICE PURSUANT TO RCFC 14(b)" FROM *DELMARVA POWER AND LIGHT COMPANY v. UNITED STATES,* Nos. 04-34C, 04-36C (Fed. Cl.)

Pursuant to Rules 40.1, 42, and 42.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests leave to file a copy of "Plaintiffs' Response To Defendant's Motion To Consolidate Or, In The Alternative, For Issuance Of A Summons Pursuant To RCFC 14(a) And Notice Pursuant To RCFC 14(b)," which the plaintiffs in Delmarva Power and Light Company v. United States, No. 04-0034C (Fed. Cl.), which was previously consolidated with Atlantic City Electric Co. v United States, No. 04-0036C (Fed. Cl.), filed in the Delmarva case on January 31, 2007. Delmarva filed its response to the Government's January 5, 2007 Motion to Consolidate or, in the Alternative, for Issuance of a Summons Pursuant to RCFC 14(a) and Notice Pursuant to RCFC 14(b), which we filed both in this case and in the Delmarva case, the cases that we are seeking to consolidate. However,

Delmarva did not file a copy of its response in this case.[1] A copy of Delmarva's response is attached to this motion.

Because we are seeking to consolidate the Delmarva and PSEG Nuclear cases, we filed copies of our to motion to consolidate in both cases. Because our motion affects these directly-related cases and involves the consideration of issues applicable to both, the Court, in evaluating the Government's motion, should be aware of all of the affected parties' views regarding consolidation. Delmarva did not file its response with this Court. To allow the Court to properly resolve the Government's consolidation motion, we believe it appropriate to ensure that Delmarva's positions are in the record in this case.

For these reasons, we respectfully request that the Court enter an order granting defendant's motion for leave to file a copy of Delmarva's Response to the Government's Motion to Consolidate or, in the Alternative, Issuance of a Summons and Notice Pursuant to RCFC 14(a) & (b).

---

[1/]Because PSEG Nuclear did not file a copy of its January 31, 2007 motion to stay the instant case with the Delmarva Court, the Government is also seeking leave in Delmarva to file electronically, under seal, a copy of PSEG Nuclear's motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Andrew P. Averbach by Stephen Finn
ANDREW P. AVERBACH
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-0527
Fax: (202) 307-2503

OF COUNSEL

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

STEPHEN FINN
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

February 9, 2007

Attorneys for Defendant