# In the United States Court of Federal Claims

**No. 01-551C**

**(Filed February 12, 2007)**

* * * * * * * * * * * * * * * * * * * * * * *

**PSEG NUCLEAR, L.L.C.** and **PUBLIC SERVICE ELECTRIC AND GAS COMPANY,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Defendant's Motion For Leave To File A Copy Of "Plaintiffs' Response To Defendant's Motion To Consolidate Or, In The Alternative, For Issuance Of A Summons Pursuant To RCFC 14(a) And Notice Pursuant To RCFC 14(b)" From *Delmarva Power And Light Company v. United States*, Nos. 04-34C, 04-36C (Fed. Cl.) filed on February 9, 2007, is ALLOWED. Defendant shall file its motion with the Clerk of the Court.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**