IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PSEG NUCLEAR L.L.C. and PUBLIC SERVICE ELECTRIC AND GAS COMPANY, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 01-551C (Judge Futey) |
| THE UNITED STATES, | ) | |
| Defendant, | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of time of seven days, to and including February 27, 2007, to reply to "Plaintiffs' Motion To Stay Further Proceedings Pending Completion Of Binding Arbitration," which plaintiffs, PSEG Nuclear L.L.C. and Public Service Electric and Gas Company (collectively "PSEG"), filed on January 31, 2007. Defendant's response is currently due on February 20, 2007. This is defendant's first request for an enlargement of time for this purpose. Counsel for plaintiffs has represented that plaintiffs do not oppose this request for an enlargement of time.

This enlargement is necessary to coordinate the separate pleadings currently due in response to the Government's "Motion To Consolidate Or, In The Alternative, For Issuance Of A Summons Pursuant To RCFC 14(a) And Notice Pursuant To RCFC 14(b)," which we filed in this case and in Delmarva Power and Light Company v. United States, No. 04-0034C (Fed. Cl.), on January 5, 2007. Currently, the Government's response to plaintiffs' motion to stay in this case is due on February 20, 2007. On February 14, 2007, the Court in Delmarva granted the

Government's request to extend the deadline to reply to plaintiff's response to the Government's motion to consolidate. The Government's reply in Delmarva is presently due February 27, 2007. For the reasons explained below, we are seeking leave in this case to extend the deadline to file the Government's response to PSEG's motion to stay to February 27, 2007.

To avoid piecemeal and unnecessarily extended briefing on this subject, the Government requests this enlargement to coordinate the reply and response now outstanding between the two cases. Harmonizing the Government's reply to the plaintiff's response in Delmarva with the response to the motion to stay in PSEG Nuclear will also afford the Government the opportunity to respond in one pleading to all of the arguments made by both Delmarva and PSEG Nuclear and reduce the need to file multiple pleadings in response, each of which will require filing in both cases. This coordination will also benefit the Court by reducing the pleadings the Court needs to review prior to its deliberations. At the present time, the bulk of our resources are focused on a two-week trial in another spent nuclear fuel case that started yesterday, System Fuels, Inc. v. United States, No. 03-2623C (Fed. Cl.), and is scheduled to conclude on February 23, 2007.[1] To allow us to complete those activities, we respectfully request this enlargement.

For the foregoing reasons, defendant respectfully requests that the Court grant the Government's request for an enlargement of time of seven days to reply to "Plaintiffs' Motion To Stay Further Proceedings Pending Completion Of Binding Arbitration," to and including February 27, 2007.

[1]We are also focused on extensive document production requirements in Dairyland Power Cooperative v. United States, No. 04-106C (Fed. Cl.).

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Andrew P. Averbach by Stephen Finn
ANDREW P. AVERBACH
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-0527
Fax: (202) 307-2503

OF COUNSEL

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

STEPHEN FINN
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

February 15, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 15th day of February, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Stephen Finn