# In the United States Court of Federal Claims

**No. 01-551C**

**(Filed February 16, 2007)**

* * * * * * * * * * * * * * * * * * * * * * *

**PSEG NUCLEAR, L.L.C.** and
**PUBLIC SERVICE ELECTRIC AND GAS COMPANY,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Defendant's Unopposed Motion For An Enlargement Of Time to reply to Plaintiff's Motion To Stay Further Proceedings Pending Completion Of Binding Arbitration filed on February 15, 2007 is ALLOWED. Defendant shall file its response by Tuesday, February 27, 2007.

A telephonic conference shall be held on Tuesday, March 6, 2007 at 11:00 a.m. concerning Defendant's Motion to Consolidate Or, In The Alternative, For Issuance Of A Summons Pursuant to RCFC 14(a) And Notice Pursuant to RCFC 14(b) filed on January 5, 2007, and Plaintiff's Motion To Stay Further Proceedings Pending Completion Of Binding Arbitration filed on January 31, 2007. The court will initiate the call.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**