IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PSEG NUCLEAR L.L.C. and PUBLIC SERVICE ELECTRIC AND GAS COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 01-551C (Senior Judge Futey) |
| THE UNITED STATES, | ) | |
| Defendant, | ) | |

DEFENDANT'S MOTION FOR LEAVE TO FILE, UNDER SEAL, ELECTRONICALLY A COPY OF "DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION TO STAY FURTHER PROCEEDINGS PENDING COMPLETION OF BINDING ARBITRATION

Pursuant to the Court's General Order No. 42A, defendant, the United States, respectfully requests leave of the Court to file, under seal, electronically a copy of "Defendant's Response To Plaintiffs' Motion To Stay Further Proceedings Pending Completion Of Binding Arbitration." The Government's reply brief addresses plaintiff's motion, which was filed under seal, and the "Response To Defendant's Motion To Consolidate Or, In the Alternative, For Issuance Of A Summons Pursuant To RCFC 14(a) And Notice Pursuant To RCFC 14(b)" filed by plaintiff, Delmarva Power and Light Company.[1] Because PSEG Nuclear LLC's ("PSEG") motion was filed under seal and because the instant case is designated as an electronic filing case, prior to filing, we require the Court's permission to file a copy of this document, under seal, electronically. The Government has prepared its response to both plaintiffs' pleadings, however, counsel for plaintiff, PSEG, has represented that the PSEG does not know if the material in the Government's brief is confidential, an assurance the Government must have to file its reply not

[1]A copy of which was provided to the Court on February 12, 2007.

under seal.

Pursuant to paragraph 7 of General Order No. 42A, no document to be placed under seal may be filed electronically unless and until authorized to do so by the Court. Upon the Court's granting of this motion, we will file electronically, under seal, our response brief.

For the foregoing reasons, we respectfully request that the Court grant the Government's motion for leave to file, under seal, electronically, its response to "Plaintiffs' Motion To Stay Further Proceedings Pending Completion Of Binding Arbitration."

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Andrew P. Averbach by Stephen Finn
ANDREW P. AVERBACH
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-0527
Fax: (202) 307-2503

OF COUNSEL

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

STEPHEN FINN
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

February 27, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 27th day of February, 2007, a copy of the foregoing "DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION TO STAY FURTHER PROCEEDINGS PENDING COMPLETION OF BINDING ARBITRATION" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Stephen Finn