# In the United States Court of Federal Claims

**No. 01-551C**

**(Filed February 28, 2007)**

* * * * * * * * * * * * * * * * * * * * * * *

**PSEG NUCLEAR, L.L.C.** and **PUBLIC SERVICE ELECTRIC AND GAS COMPANY,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Defendant's Motion For Leave To File, Under Seal, Electronically A Copy of "Defendant's Response to Plaintiffs' Motion To Stay Further Proceedings Pending Completion Of Binding Arbitration", filed on February 27, 2007, is hereby ALLOWED. Defendant shall file under seal its response to plaintiff's motion.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**