IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PSEG NUCLEAR L.L.C. and PUBLIC SERVICE ELECTRIC AND GAS COMPANY, Plaintiffs, | ) | |
| v. | ) | No. 01-551C (Senior Judge Futey) |
| THE UNITED STATES, Defendant, | ) | |

DEFENDANT'S MOTION FOR LEAVE TO FILE, UNDER SEAL, ELECTRONICALLY A COPY OF "PLAINTIFFS' SURREPLY IN RESPONSE TO THE UNITED STATES' FEBRUARY 28, 2007 REPLY TO DELMARVA POWER AND LIGHT COMPANY'S RESPONSE TO DEFENDANT'S MOTION TO CONSOLIDATE OR, IN THE ALTERNATIVE, FOR ISSUANCE OF A SUMMONS PURSUANT TO RCFC 14(a) AND NOTICE PURSUANT TO RCFC 14(b)" FILED IN *DELMARVA POWER AND LIGHT COMPANY v. UNITED STATES*

Pursuant to the Court's General Order No. 42A, defendant, the United States, respectfully requests leave of the Court to file, under seal, electronically a copy of "Plaintiffs' Surreply In Response To The United States' February 28, 2007 Reply To Delmarva Power And Light Company's Response To Defendant's Motion To Consolidate Or, In the Alternative, For Issuance Of A Summons Pursuant To RCFC 14(a) And Notice Pursuant To RCFC 14(b)" filed by plaintiff, Delmarva Power and Light Company ("Delmarva"), on March 12, 2007. Pursuant to paragraph 7 of General Order No. 42A, no document to be placed under seal may be filed electronically unless and until authorized to do so by the Court. Because Delmarva Power and Light Company's surreply was filed under seal and because the instant case is designated as an electronic filing case, prior to filing, we require the Court's permission to file a copy of this

document, under seal, electronically. Upon the Court's granting of this motion, we will file electronically, under seal, a copy of Delmarva's surreply brief.

Because the Government's motion to consolidate Delmarva and PSEG Nuclear has not been resolved, the Government believes that the Court should be informed of any orders or pleadings in Delmarva that may affect the Court's consideration of the Government's motion to consolidate. As we discussed in our response to PSEG's "Motion To Stay Further Proceedings Pending Completion Of Binding Arbitration" which we filed on February 27, 2007, simultaneous stays are necessary in this case and Delmarva pending a conclusion to Delmarva and PSEG's dispute resolution which leads to binding arbitration. Def. Reply 25-26. To ensure that the Court is aware of the status of proceedings in the Delmarva case, we respectfully seek leave to file Delmarva's surreply brief on the Government's motion to consolidate.

For the foregoing reasons, we respectfully request that the Court grant the Government's motion for leave to file a copy of "Plaintiffs' Surreply In Response To The United States' February 28, 2007 Reply To Delmarva Power And Light Company's Response To Defendant's Motion To Consolidate Or, In the Alternative, For Issuance Of A Summons Pursuant To RCFC 14(a) And Notice Pursuant To RCFC 14(b)" filed in Delmarva Power and Light Company v. United States, No. 04-0034C (Fed. Cl.).

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Andrew P. Averbach by Stephen Finn
ANDREW P. AVERBACH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-0527
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

STEPHEN FINN
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

March 20, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th of March, a copy of foregoing "DEFENDANT'S MOTION FOR LEAVE TO FILE, UNDER SEAL, ELECTRONICALLY A COPY OF 'PLAINTIFFS' SURREPLY IN RESPONSE TO THE UNITED STATES' FEBRUARY 28, 2007 REPLY TO DELMARVA POWER AND LIGHT COMPANY'S RESPONSE TO DEFENDANT'S MOTION TO CONSOLIDATE OR, IN THE ALTERNATIVE, FOR ISSUANCE OF A SUMMONS PURSUANT TO RCFC 14(a) AND NOTICE PURSUANT TO RCFC 14(b)' FILED IN *DELMARVA POWER AND LIGHT COMPANY v. UNITED STATES* " was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s\Stephen Finn