# In the United States Court of Federal Claims

**No. 01-551C**

**(Filed March 20, 2007)**

* * * * * * * * * * * * * * * * * * * * * * *

**PSEG NUCLEAR, L.L.C.** and
**PUBLIC SERVICE ELECTRIC AND GAS COMPANY,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Defendant's Motion For Leave To File,Under Seal, Electronically A Copy of "Plaintiffs' Surreply In Response To The United States February 28, 2007 Reply To Delmarva Power And Light Company's Response To Defendant's Motion To Consolidate Or, In The Alternative, For Issuance Of A Summons Pursuant To RCFC 14(a) And Notice Pursuant to RCFC 14(b)" filed in *Delmarva Power And Light Company v. United States,* filed March 20, 2007, is hereby ALLOWED. Defendant shall file the above document under seal, electronically.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**