# In the United States Court of Federal Claims

**No. 01-551C**

**(Filed April 25, 2007)**

* * * * * * * * * * * * * * * * * * * * * * *

**PSEG NUCLEAR, L.L.C.** and
**PUBLIC SERVICE ELECTRIC AND GAS COMPANY,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Clerk's office has received a motion to intervene in the action by Mr. William Peterson, who asserts an interest in processing spent nuclear fuel. The clerk's office did not file the proffered submission because it did not comport with the court's rules, but rather forwarded the submission to chambers for disposition.

The submission should not be filed and the clerk is directed to return the proffered submission to Mr. Peterson. In addition to a failure to comply with the court's rules for serving and filing pleadings and other papers, *see e.g.,* Rules 5, 5.1, 5.2, and 5.3 of the Rules of the Court of Federal Claims ("RCFC"), Mr. Peterson has not shown good cause why any application by him for intervention would be timely within the meaning of RCFC 24.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**