**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on June 6, 2007)

| | |
|---|---|
| **PSEG NUCLEAR, L.L.C.** and **PUBLIC SERVICE ELECTRIC AND GAS COMPANY**, Plaintiffs, | |
| v. | No. 01-551C (Judge Futey) |
| **THE UNITED STATES**, Defendant. | |

**PLAINTIFFS' STATUS REPORT**

Pursuant to this Court's March 6, 2007 order, the Plaintiffs file this status report to update the Court regarding the progress of the arbitration involving Plaintiff PSEG Nuclear, L.L.C. and its corporate sibling PSEG Power, L.L.C. (together "PSEG") and the plaintiffs in *Delmarva Power & Light Company v. United States*, Nos. 04-34C & 04-36C ("*Delmarva* plaintiffs"). The parties filed their briefs and conducted limited discovery in the arbitration proceedings. On May 24, 2007, the arbitrators held a day-long arbitration. The arbitrators closed the record after the arbitration and, on May 31, 2007, the arbitrators met to consider the arbitration between PSEG and the *Delmarva* plaintiffs. On June 1, 2007, the arbitrators informed PSEG and the *Delmarva* plaintiffs that the arbitrators were in the process of preparing a decision, but provided no precise estimate of when they would issue a decision. Counsel for PSEG expect a decision within the next few weeks, perhaps as early as the week of June 11, 2007.

Plaintiffs respectfully request that the stay remain in place in this case until a decision is issued in the arbitration proceedings and also request leave to inform the Court within 30 days of

an arbitration decision. Counsel for the Defendant has stated that Defendant does not oppose this request.

Dated: June 6, 2007

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Daniel S. Herzfeld
Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, Virginia 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiffs
PSEG Nuclear, L.L.C. and
Public Service Electric and Gas Company

*Of Counsel*:
Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037-1128

(202) 663-8000
(202) 663-8007 (fax)