# In the United States Court of Federal Claims

**No. 01-551C**

**(Filed June 11, 2007)**

* * * * * * * * * * * * * * * * * * * * * * *

**PSEG NUCLEAR, L.L.C.** and
**PUBLIC SERVICE ELECTRIC AND GAS COMPANY,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to Plaintiff's Status Report filed on June 6, 2007, the Stay in this case is being continued until further order of the court to allow for the completion of the pending binding arbitration between Plaintiffs and the plaintiffs in Delmarva Power & Light Company, No. 04-0034C (Fed. Cl).

Plaintiff indicated that a decision is expected within the next few weeks. Plaintiff shall file a report within thirty (30) days of the decision of the arbitration.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**