# In the United States Court of Federal Claims

**No. 01-551C**

**(Filed July 24, 2007)**

* * * * * * * * * * * * * * * * * * * * * * *

**PSEG NUCLEAR, L.L.C.** and **PUBLIC SERVICE ELECTRIC AND GAS COMPANY,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On July 20, 2007, plaintiff filed a Status Report indicating that arbitration between Plaintiffs and the plaintiffs in *Delmarva Power & Light Company*, No. 04-0034C (Fed. Cl.) has been completed on June 20, 2007 (June 20 Award), and that the arbitration panel issued an opinion and order in favor of plaintiffs. PSEG also filed a complaint in the Superior Court of New Jersey, Mercer County seeking confirmation of the June 20 Award. Furthermore, the *Delmarva* plaintiffs filed a Motion to Vacate Arbitration Ruling in their case in this Court.

In view of the above, the Stay in this case is hereby continued for ninety (90) additional days to allow for the completion of proceeding in the New Jersey state court and for a ruling in the *Delmarva* case.

Plaintiff shall file a report by October 25, 2007, or within thirty (30) days of the decision of either court, whichever occurs first.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**