# In the United States Court of Federal Claims

**No. 01-551C**

**(Filed September 7, 2007)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * | |
| | * |
| **PSEG NUCLEAR, L.L.C.** and | * |
| **PUBLIC SERVICE ELECTRIC AND** | * |
| **GAS COMPANY,** | * |
| | * |
| **Plaintiffs,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * * * * * * * | |

**ORDER**

A telephonic conference shall be held on Wednesday, September 19, 2007 at 2:30 p.m. concerning the status of this case and further proceedings. The court will initiate the call.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**