# In the United States Court of Federal Claims

**No. 01-551C**

**(Filed September 10, 2007)**

* * * * * * * * * * * * * * * * * * * * * * *

**PSEG NUCLEAR, L.L.C.** and **PUBLIC SERVICE ELECTRIC AND GAS COMPANY,** *

**Plaintiffs,** *

**v.** *

**THE UNITED STATES,** *

**Defendant.** *

* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The telephonic conference scheduled for Wednesday, September 19, 2007 at 2:30 p.m. has been rescheduled for Monday, September 24, 2007 at 2:30 p.m. The court will initiate the call.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**