**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on October 25, 2007)

| | | |
|---|---|---|
| **PSEG NUCLEAR, L.L.C.** and **PUBLIC SERVICE ELECTRIC AND GAS COMPANY**, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 01-551C (Judge Futey) |
| **THE UNITED STATES,** | ) | |
| Defendant. | ) | |

**PLAINTIFFS' STATUS REPORT**

Pursuant to this Court's July 24, 2007 order, Plaintiffs file this status report to update the Court regarding the progress of the New Jersey state case involving Plaintiff PSEG Nuclear, L.L.C. and its corporate affiliate PSEG Power, L.L.C. (together "PSEG") and *Delmarva Power & Light Company v. United States*, Nos. 04-0034C & 04-0036C. Because neither case has resulted in a ruling, Plaintiffs respectfully request that this Court continue the stay in this case for an additional 90 days through January 23, 2008, with leave to file a status report within 30 days of a decision in either the New Jersey case or *Delmarva*. In this regard, Plaintiffs have discussed the continuance of the stay with counsel for Defendant, who does not oppose continuing the stay in this case so long as the parties have leave to file a status report within 30 days of any decision.

As noted in Plaintiffs' July 20, 2007 status report and discussed during the Court' s September 24, 2007 status conference, Plaintiffs have filed an action in the Superior Court of New Jersey, Mercer County – *PSEG Power, LLC & PSEG Nuclear, LLC v. Atlantic City Elec. Co. & Delmarva Power & Light Co.*, No. C-59-07 (N.J. Super. Ct.) – to confirm the arbitration

award in favor of PSEG against Delmarva Power & Light Company and Atlantic City Electric Company (together "Delmarva"). As previously discussed with the Court, Delmarva and PSEG have briefed an order to show cause why the arbitration award should not be confirmed. The New Jersey Superior Court originally had scheduled oral argument on its show cause order for October 15, 2007. However, at the request of Delmarva's counsel, the court moved the oral argument date to November 13, 2007.

Also, as mentioned in prior filings, orders, and the September 24, 2007 status conference, Delmarva sought to vacate the arbitration award by filing a motion to vacate in its Court of Federal Claims case – *Delmarva Power & Light Co. v. United States*, Nos. 04-34C & 04-36C. Plaintiffs intervened in *Delmarva* for the limited purpose of responding to Delmarva's motion to vacate the arbitration award. Judge Miller heard oral argument on the motion and issued an order essentially denying Delmarva's motion to vacate, but requesting supplemental briefing on several other issues. *See Delmarva* Order (Aug. 30, 2007) (Attachment 1). On September 12, 2007, Plaintiffs, Delmarva, and the United States filed responses to Judge Miller's request for supplemental briefing. To date, Judge Miller has not ruled on the supplemental briefing.

In light of the recent activities detailed above, Plaintiffs respectfully request that the stay in this case remain in place for a period of up to 90 additional days through January 23, 2008 to allow for the completion of proceedings in the New Jersey Superior Court. Plaintiffs also request leave to inform the Court within 30 days of any decision by the New Jersey Superior Court or Judge Miller.

Dated: October 25, 2007

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Daniel S. Herzfeld
Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, Virginia 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiffs
PSEG Nuclear, L.L.C. and
Public Service Electric and Gas Company

*Of Counsel*:
Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037-1128

(202) 663-8000
(202) 663-8007 (fax)