# In the United States Court of Federal Claims

**No. 01-551C**

**(Filed October 26, 2007)**

* * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| | * |
| **PSEG NUCLEAR, L.L.C.** and | * |
| **PUBLIC SERVICE ELECTRIC AND** | * |
| **GAS COMPANY,** | * |
| | * |
| **Plaintiffs,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |

* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to Plaintiff's Status Report, filed on October 25, 2007, the Stay in this case is hereby continued for ninety (90) additional days to allow for completion of the proceeding in the New Jersey state court to confirm the arbitration award between Plaintiffs and plaintiffs in *Delmarva Power & Light Co.*, No. 04-0034C (Fed. Cl.), and to allow for a ruling on *Delmarva* plaintiff's Motion to Vacate Arbitration Ruling in their case in this Court.

Plaintiff shall file a report by January 23, 2008, or within thirty (30) days of the decision of either court, whichever occurs first.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**