# In the United States Court of Federal Claims

**No. 01-551C**

**(Filed January 28, 2008)**

* * * * * * * * * * * * * * * * * * * * * * *

**PSEG NUCLEAR, L.L.C.** and
**PUBLIC SERVICE ELECTRIC AND GAS COMPANY,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the Joint Status Report filed on January 23, 2008, the Stay in this case is hereby lifted. The parties are directed to provide a proposed pre-trial schedule and tentative trial date or dates by Tuesday, February 5, 2008.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**