IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Electronically Filed on February 5, 2008)

| | |
|---|---|
| **PSEG NUCLEAR, L.L.C.** and **PUBLIC SERVICE ELECTRIC AND GAS COMPANY**, Plaintiffs, | |
| v. | No. 01-551C (Judge Futey) |
| **THE UNITED STATES**, Defendant. | |

**JOINT STATUS REPORT**

Pursuant to this Court's order of January 28, 2008, the Plaintiffs PSEG Nuclear, L.L.C. and Public Service Electric and Gas Company (together "PSEG") and Defendant the United States (the "Government") file this joint status report to propose a pre-trial schedule and trial date for the instant case. The parties propose the following schedule:

| | |
|---|---|
| March 14, 2008: | Parties exchange Rule 26 disclosures. |
| August 1, 2008: | PSEG serves the Government with its damages claims/expert reports (and supporting records). |
| February 13, 2009: | The Government serves PSEG with its expert reports. |
| April 24, 2009: | Discovery completion date. |
| May 1, 2009: | Parties exchange draft witness and exhibit lists, conduct meeting of counsel, and file any motions in limine and pre-trial motions. |
| May 15, 2009: | PSEG files its memorandum of fact and law and final exhibit and witness lists. |
| June 19, 2009: | Government files its memorandum of fact and law and final exhibit and witness lists. |

July 1, 2009: Pre-trial conference.

July 13, 2009: Trial commences.

The parties respectfully request that the Court enter an order with the pre-trial schedule proposed above.

Dated: February 5, 2008

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Daniel S. Herzfeld
Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, Virginia 22102-4859
(703) 770-7940
(703) 770-7901 (fax)
Counsel of Record for Plaintiffs
PSEG Nuclear, L.L.C. and
Public Service Electric and Gas Company

*Of Counsel*:
Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000
(202) 663-8007 (fax)

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Andrew P. Averbach
ANDREW P. AVERBACH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 353-0527
Fax: (202) 305-7643
Attorneys for Defendant

OF COUNSEL:
JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585