# In the United States Court of Federal Claims

**No. 01-551C**

**(Filed February 6, 2008)**

* * * * * * * * * * * * * * * * * * * * * * *

**PSEG NUCLEAR, L.L.C.** and
**PUBLIC SERVICE ELECTRIC AND GAS COMPANY,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On February 5, 2008, the parties filed a Joint Status Report proposing a pre-trial schedule and trial date in this matter. Said proposed schedule is hereby adopted as follows:

1. The parties shall exchange Rule 26 disclosures by Friday, March 14, 2008.

2. Plaintiff shall serve defendant with its damages claims/expert reports (and supporting records) by Friday, August 1, 2008.

3. Defendant shall serve plaintiff with its expert reports by Friday, February 13, 2009.

4. Discovery shall be completed by Friday, April 24, 2009.

5. The parties shall exchange draft witness and exhibit lists, conduct meeting of counsel, and file any motions *in limine* and pre-trial motions by Friday, May 1, 2009.

6. Plaintiff shall file its memorandum of fact and law, and final exhibit

and witness lists by Friday, May 15, 2009.

7. Defendant shall file its memorandum of fact and law, and final exhibit and witness lists by Friday, June 19, 2009.

8. A pre-trial conference shall be held on Wednesday, July 1, 2009.

9. The trial date will be determined during the pre-trial conference.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**