# In the United States Court of Federal Claims

**No. 01-551C**

**(Filed June 3, 2008)**

* * * * * * * * * * * * * * * * * * * * * * *

**PSEG NUCLEAR, L.L.C.** and
**PUBLIC SERVICE ELECTRIC AND GAS COMPANY,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Pursuant to the Joint Motion For An Order Regarding Discovery Of Draft Expert Reports, filed on June 2, 2008, no party shall be required to produce any draft (including copies) of any expert report prepared in connection with this case or any spent nuclear fuel case that is or was pending before this Court.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**