ATTACHMENT 2

# In the United States Court of Federal Claims

(Filed November 8, 2001)

FILED
NOV 8 2001
U.S. COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ****************************************** | |
| YANKEE ATOMIC ELECTRIC COMPANY | |
| CONNECTICUT YANKEE ATOMIC POWER COMPANY | |
| MAINE YANKEE ATOMIC POWER COMPANY | Case Nos. |
| FLORIDA POWER & LIGHT COMPANY | 98-126C, 98-154C, 98-474C, 98-483C, 98-484C, 98-485C, 98-486C, 98-488C, 98-614C, 98-621C, 99-447C, 00-440C, 00-697C, 00-703C, 01-115C, 01-116C, 01-249C |
| NORTHERN STATES POWER COMPANY | |
| DUKE POWER, A Division of DUKE ENERGY CORP. | |
| INDIANA MICHIGAN POWER COMPANY | |
| SACRAMENTO MUNICIPAL UTILITY DISTRICT | |
| SOUTHERN NUCLEAR OPERATING COMPANY, et al. | |
| COMMONWEALTH EDISON COMPANY | |
| BOSTON EDISON COMPANY | |
| GPU NUCLEAR, INCORPORATED | UNCONSOLIDATED |
| WISCONSIN ELECTRIC POWER COMPANY | |
| POWER AUTHORITY OF THE STATE OF NEW YORK | |
| OMAHA PUBLIC POWER DISTRICT | Judge Diane Gilbert Weinstein |
| NEBRASKA PUBLIC POWER DISTRICT | |
| TENNESSEE VALLEY AUTHORITY | Discovery Judge |
| Plaintiffs, | |
| v. | |
| THE UNITED STATES, | |
| Defendant. | |
| ****************************************** | |

## Order

On October 26, 2001, defendant filed a motion to adopt a plan for the production of relevant electronic mail as part of coordinated discovery proceedings and pursuant to the court's September 26, October 3 and October 23, 2001 orders. The plan is opposed by none of the above-captioned plaintiffs except Yankee Atomic Electric Company, Connecticut Yankee Atomic Power Company, and Maine Yankee Atomic Power Company (the Yankee Utilities).

The motion to adopt defendant's plan for the production of e-mail is granted with respect to all of the parties covered by the coordinated discovery proceedings. Judge Merow has ordered the Yankee Utilities to participate in coordinated discovery proceedings concerning e-mail production "fully subject" to this court's directions. See order issued by Judge Merow on November 8, 2001, in Yankee Atomic Electric Co., v. United States, No. 98-126C; Connecticut Yankee Atomic Power Co., v. United States, No. 98-154C; and Maine Yankee Atomic Power Co., v. United States, No. 98-474C.

DIANE GILBERT WEINSTEIN
Judge, U.S. Court of Federal Claims