# United States Court of Federal Claims

March 5, 2002
No. 01-551 C

ATTACHMENT 4

PSEG NUCLEAR LLC,

Plaintiff,

MAR 11 2002

versus

UNITED STATES OF AMERICA,

Defendant.

**ORDER MEMORIALIZING EVENTS AT HEARING, FILING AMICUS BRIEF, REFERRING MATTER FOR COORDINATED DISCOVERY AND SUSPENDING PROCEEDINGS IN PART**

Oral argument pertaining to (a) defendant's motion filed on December 17, 2001 for removal from ADR Pilot Program and assignment to coordinated discovery and (b) plaintiff's motion filed on January 18, 2002 to defer briefing on defendant's three pending dispositive motions, and a general status conference pursuant to RCFC 16 pertaining to all other pending motions was conducted this date.

For reasons set forth at the hearing (which will be reflected in a transcript), (a) defendant's said motion for removal from ADR Pilot Program and assignment to coordinated discovery is GRANTED, and (b) plaintiff's said motion to defer briefing on defendant's three pending dispositive motions is also GRANTED.

Based on the foregoing, it is ORDERED as follows:

1. This case is hereby removed from the court's ADR Pilot Program. Accordingly, the order dated November 28, 2001 concerning ADR Pilot procedures is RESCINDED.

2. This case is declared to be subject to the coordinated discovery proceedings in this court involving cases alleging breaches of the "Standard Contract For The Disposal Of Spent Nuclear Fuel And/or High-Level Radioactive Waste," and further discovery proceedings in this matter shall be those required or allowed under such coordinated discovery (now under the supervision of Judge Diane Sypolt).

3. All further proceedings in this civil action are SUSPENDED for all purposes other than such coordinated discovery. This

suspension covers, *inter alia*, all further briefing pertaining to three currently pending dispositive motions by defendant (filed on November 27, November 28 and November 30, 2001, respectively) and any further activity concerning plaintiff's matured motion filed on December 20, 2001 for summary judgment. This suspension shall expire at the conclusion of such coordinated discovery; the parties are requested to advise of such conclusion by joint status report and to further advise of suggested proceedings for resolution of merits issues (which may include referral to an ADR judge).

It is further ORDERED that the motion filed on February 11, 2002 by non-parties Southern Nuclear Operating Company, Alabama Power Company and Georgia Power Company (the "amici") for leave to file an *amicus curiae* brief is GRANTED. Accordingly, it is ORDERED that the *amicus curiae* brief which accompanied said amici motion shall be filed forthwith.

James T. Turner
Judge